James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
*Proposed Liaison Counsel*

Sean M. Handler
Darren J. Check
Naumon A. Amjed
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
*Counsel for Sjunde AP-Fonden
and Proposed Lead Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-4841 (FLW)(DEA)<br><br><br><br><u>**NOTICE OF MOTION**</u> |

To:     All Persons on ECF Notice List

PLEASE TAKE NOTICE that on December 20, 2010, at 10 a.m. or soon thereafter as counsel may be heard, the undersigned counsel for Sjunde AP-Fonden ("AP7") , will move before Hon. Freda L. Wolfson at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey for an Order: (i) appointing AP7 as Lead Plaintiff pursuant to the

Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B); (ii) approving its selection of the law firm of Barroway Topaz Kessler Meltzer & Check, LLP to serve as Lead Counsel; (iii) approving its selection of the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

  The undersigned intends to rely upon the annexed Memorandum of Law and Declaration of James E. Cecchi. A proposed form of Order is also submitted herewith.

  The undersigned hereby requests oral argument.

                CARELLA, BYRNE, CECCHI,
                OLSTEIN, BRODY & AGNELLO, P.C.
                *Proposed Liaison Counsel*

                By:  /s/ James E. Cecchi
                  JAMES E. CECCHI

Dated: November 22, 2010

Sean M. Handler
Darren J. Check
Naumon A. Amjed
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
*Counsel for Sjunde AP-Fonden
and Proposed Lead Counsel*