# EXHIBIT A

**CERTIFICATION OF RICHARD GRÖTTHEIM IN SUPPORT OF SJUNDE AP-FONDEN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

Sjunde AP-Fonden ("AP7" or "Plaintiff"), declares, as to the claims asserted under the federal securities laws that:

1. AP7 did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. AP7 is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are Plaintiff's transactions in Johnson & Johnson (NYSE: JNJ) securities during the Class Period.

4. Plaintiff has full power and authority to bring suit to recover for its investment losses.

5. Plaintiff has fully reviewed the facts and allegations of the complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Richard Gröttheim, Vice-Executive Director, am authorized to make legal decisions on behalf of AP7.

7. AP7 intends to actively monitor and vigorously pursue these actions for the benefit of the Class.

8. AP7 will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. AP7 sought to serve (but was not appointed) as a representative party for a class

action filed under the federal securities laws during the three years prior to the date of this Certification in *In re Citigroup, Inc. Securities Litigation*, No. 07-9901 (S.D.N.Y.).

10.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___13___ day of ___October___, 2010.

Sjunde AP-Fonden

By: _____
Richard Gröttheim
*Vice-Executive Director*

## Schedule A

| Security | Buy/Sell | Date | Shares | Price |
|---|---|---|---|---|
| Com Stk | Buy | 12/9/2008 | 88,775 | $57.8100 |
| Com Stk | Buy | 1/7/2009 | 5,200 | $59.1274 |
| Com Stk | Buy | 2/19/2009 | 1,200 | $55.9071 |
| Com Stk | Buy | 3/20/2009 | 12,652 | $51.6700 |
| Com Stk | Buy | 6/19/2009 | 101 | $56.0900 |
| Com Stk | Buy | 12/8/2009 | 128,800 | $64.2500 |
| Com Stk | Buy | 3/19/2010 | 6,709 | $65.1100 |
| Com Stk | Buy | 4/21/2010 | 27,914 | $65.3890 |
| Com Stk | Buy | 4/22/2010 | 47,200 | $64.7790 |
| Com Stk | Buy | 4/22/2010 | 17,400 | $64.7799 |
| Com Stk | Buy | 4/22/2010 | 3,851 | $64.7790 |
| Com Stk | Buy | 4/23/2010 | 27,200 | $65.0373 |
| Com Stk | Buy | 4/26/2010 | 16,739 | $64.9624 |
| Com Stk | Buy | 4/26/2010 | 20,946 | $64.7600 |
| Com Stk | Buy | 4/27/2010 | 155,862 | $64.6880 |
| Com Stk | Buy | 4/27/2010 | 51,078 | $64.7562 |
| Com Stk | Buy | 4/28/2010 | 34,164 | $64.4713 |
| Com Stk | Buy | 5/5/2010 | 25,872 | $65.0055 |
| Com Stk | Buy | 5/6/2010 | 37,300 | $63.4000 |
| Com Stk | Buy | 5/6/2010 | 34,608 | $64.7570 |
| Com Stk | Buy | 5/7/2010 | 29,122 | $62.9119 |
| Com Stk | Buy | 5/7/2010 | 4,569 | $62.9562 |
| Com Stk | Buy | 5/10/2010 | 26,416 | $64.6089 |
| Com Stk | Buy | 5/11/2010 | 15,897 | $64.6888 |
| Com Stk | Buy | 7/8/2010 | 17,900 | $61.3800 |
| Com Stk | Sell | 10/28/2008 | 462 | $64.1900 |
| Com Stk | Sell | 11/24/2008 | 27,917 | $59.1100 |
| Com Stk | Sell | 12/1/2008 | 2,900 | $56.2149 |
| Com Stk | Sell | 1/27/2009 | 39,304 | $57.5400 |
| Com Stk | Sell | 3/26/2009 | 46,419 | $52.9000 |
| Com Stk | Sell | 5/22/2009 | 86,185 | $54.7700 |
| Com Stk | Sell | 12/18/2009 | 1,300 | $64.3700 |
| Com Stk | Sell | 1/29/2010 | 14,000 | $62.8600 |
| Com Stk | Sell | 1/29/2010 | 4,700 | $62.8625 |
| Com Stk | Sell | 5/14/2010 | 793 | $63.9700 |
| Com Stk | Sell | 5/26/2010 | 10,000 | $59.6600 |