Case 3:10-cv-04841-FLW-DEA   Document 7   Filed 12/06/10   Page 1 of 3 PageID: 314
Case 3:10-cv-04841-FLW -DEA   Document 6   Filed 12/03/10   Page 2 of 4 PageID: 311
Case 3:10-cv-04841-FLW -DEA   Document 3-9   Filed 11/22/10   Page 1 of 3 PageID: 145

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
*Proposed Liaison Counsel*

Sean M. Handler
Darren J. Check
Naumon A. Amjed
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
*Counsel for Sjunde AP-Fonden
and Proposed Lead Counsel*

RECEIVED

DEC - 6 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-4841(FLW)(DEA)<br><br>**ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD <u>COUNSEL AND LIAISON COUNSEL</u>** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello and Barroway Topaz Kessler Meltzer & Check, attorneys for Sjunde AP-Fonden ("AP7"), by way of motion to appoint lead plaintiff and lead counsel, on notice to all counsel of record, and the Court having considered all the papers filed by the parties, and good cause appearing,

Case 3:10-cv-04841-FLW-DEA   Document 7   Filed 12/06/10   Page 2 of 3 PageID: 315
Case 3:10-cv-04841-FLW -DEA   Document 6   Filed 12/03/10   Page 3 of 4 PageID: 312
Case 3:10-cv-04841-FLW -DEA   Document 3-9   Filed 11/22/10   Page 2 of 3 PageID: 146

IT IS THIS 6th day of December, 2010

ORDERED as follows:

1. AP7 is appointed to serve as Lead Plaintiff in the above-captioned action and any subsequently filed actions related thereto pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

2. The law firm of Barroway Topaz Kessler Meltzer & Check, LLP is hereby approved as Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiffs' counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a. To brief and argue motions;

    b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c. To direct and coordinate the examination of witnesses in depositions;

    d. To act as spokesperson at pretrial conferences;

    e. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f. To initiate and conduct any settlement negotiations with counsel for defendants;

    g. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h. To consult with and employ experts;

Case 3:10-cv-04841-FLW-DEA   Document 7   Filed 12/06/10   Page 3 of 3 PageID: 316
Case 3:10-cv-04841-FLW -DEA   Document 6   Filed 12/03/10   Page 4 of 4 PageID: 313
Case 3:10-cv-04841-FLW -DEA   Document 3-9   Filed 11/22/10   Page 3 of 3 PageID: 147

i. To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

j. To perform such other duties as may be expressly authorized by further order of this Court.

4. The Law Firm of Carella, Byrne, Cecchi, Ostein, Brody & Agnello, P.C. is hereby approved as Liaison Counsel for the Class.

_____
FREDA L. WOLFSON, U.S.D.J.