**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| RONALD MONK, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 10-4841 (FLW) |
| vs. | : : | **ORDER** |
| JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO, COLLEEN A. GOGGINS, and PETER LUTHER, | : : : : : : | |
| Defendants. | : : | |

This matter having been opened to the Court by way of motion of Christina Olson, Esq., counsel for Defendants , moving to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for failure to satisfy the heightened pleading standards of Fed.R.Civ.P 9(b) and the Private Securities Litigation Reform Act of 1995; it appearing that the Court considered the parties' respective moving, opposition, and reply papers pursuant to Fed. R. Civ. P. 78; and for good cause shown:

It is on this 19th day of December, 2011,

ORDERED that Defendants' motion to dismiss (Docket Entry No. 24) is hereby DENIED with respect to Defendants Johnson & Johnson, Colleen A. Goggins, and Dominic J. Caruso; and it is further

ORDERED that Defendants' motion to dismiss (Docket Entry No. 24) is hereby GRANTED with respect to Defendants William C. Weldon  and Peter Luther, and the claims against those

defendants are DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiff is granted leave to file a Second Amended Complaint, in accordance with the dictates of the Opinion, within 30 days.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.