RECEIVED
FEB 27 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------- x
RONALD MONK, Individually and on Behalf of :
All Others Similarly Situated,                    :
                                                  :
                    Plaintiff,                    : Civil Action No. 10-4841 (FLW)
                                                  : (DEA)
vs.                                               :
                                                  : ECF CASE
JOHNSON & JOHNSON, WILLIAM C.                     :
WELDON, DOMINIC J. CARUSO, COLLEEN A.             : ORDER FOR *PRO HAC VICE*
GOGGINS and PETER LUTHER,                         : ADMISSION OF GINA R.
                                                  : MERRILL
                    Defendants.                   :
                                                  :
                                                  :
------------------------------------------------- x

This matter having been brought to the Court by Christina Olson, Esq., of Covington & Burling LLP, counsel for Defendants, for an Order, pursuant to Local Civil Rule 101.1, permitting Gina R. Merrill, Esq., of the law firm of Covington & Burling LLP to be admitted *pro hac vice* to this Court for purposes of this matter, and counsel for plaintiff and defendants having consented to the entry of this Order, and the Court having considered this request and for good cause shown;

IT IS ON THIS 27th day of February, 2012;

ORDERED that Gina R. Merrill, Esq., of the law firm of Covington & Burling LLP (the "Applicant") be admitted to this Court *pro hac vice* on behalf of Defendants for purposes of this action pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that the Applicant shall abide by the Rules of this Court, including all relevant disciplinary rules; and it is further

ORDERED that the Applicant shall consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against the Applicant or the Applicant's firm that may arise out of the Applicant's participation in the matter; and it is further

ORDERED that the Applicant shall notify the Court immediately of any matter affecting the Applicant's standing as a member of the Bar of any court; and it is further

ORDERED that the Applicant shall endeavor to assure that pleadings, briefs and other papers filed with the Court shall be signed and filed by Christina Olson, who shall be responsible for said papers, and for the conduct of the case, and who shall be present in the Court during all phases of these proceedings, unless expressly excused by the Court, and who shall be responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that the Applicant shall pay the required annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and this payment shall be made for any year in which the Applicant continue to represent a client in the pending matter; and it is further

ORDERED that the Applicant shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey.

_____
HON. DOUGLAS ARPERT

— unopposed / consent