UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
RONALD MONK, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

vs.

JOHNSON & JOHNSON, WILLIAM C.
WELDON, DOMINIC J. CARUSO, COLLEEN
A. GOGGINS, and PETER LUTHER,

        Defendants.
-----------------------------------------------------------X

Civil Action No. 10-4841 (FLW)(DEA)

**AMENDED DECLARATION OF ANDREW J. CERESNEY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

ANDREW J. CERESNEY, of full age, hereby states as follows:

1. I am a member of the law firm Debevoise & Plimpton LLP ("Debevoise") in its office located at 919 Third Avenue, New York, New York 10022. I am submitting this declaration in support of my application for admission pro hac vice in this action.

2. I was admitted to practice as an attorney in all of the Courts of the State of New York in the year 1997 and remain a member in good standing of the Bar of the State of New York. I am also admitted to the U.S. District Court for the Southern District of New York (since 2003), the U.S. District Court for the Eastern District of New York (since 2009), and the U.S. Court of Appeals for the Second Circuit (since 2000).

3. The address of the official who maintains my record as a member of the Bar of the State of New York is as follows:

Ms. Maria Matos

Secretary of Character & Fitness

Appellate Division, First Department

27 Madison Avenue

New York, New York 10010

4. I am associated in this matter with Michael Potenza, Esq. of Debevoise, who is qualified to practice in this State and before this Court.

5. Debevoise is counsel to Defendant Colleen A. Goggins in this action, and has an attorney-client relationship with this Defendant. Colleen A. Goggins has requested that Debevoise represent her in connection with the above-captioned matter.

6. I understand that I will be bound by all of the Rules governing the United States District Court for the District of New Jersey, including its Disciplinary Rules. I also agree to be bound by the requirements set forth in the applicable provisions of Local Civil Rule 101.1.

7. On the basis of the foregoing, I respectfully request that I be admitted to this Court pro hac vice for the purpose of participating in this matter on behalf of Colleen A. Goggins.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2012.

_____
ANDREW J. CERESNEY