UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
RONALD MONK, Individually and on Behalf :
of All Others Similarly Situated, :
: Civil Action No. 10-4841 (FLW)(DEA)
Plaintiff, :
: **AMENDED DECLARATION OF**
vs. : **CARI A. WINT**
: **IN SUPPORT OF APPLICATION**
JOHNSON & JOHNSON, WILLIAM C. : **FOR ADMISSION PRO HAC**
WELDON, DOMINIC J. CARUSO, COLLEEN : **VICE**
A. GOGGINS, and PETER LUTHER, :
:
Defendants. :
---------------------------------------------------------------X

CARI A. WINT, of full age, hereby states as follows:

1. I am an associate with the law firm Debevoise & Plimpton LLP ("Debevoise") in its office located at 919 Third Avenue, New York, New York 10022. I am submitting this declaration in support of my application for admission pro hac vice in this action.

2. I was admitted to practice as an attorney in all of the Courts of the State of New York in the year 2009 and remain a member in good standing of the Bar of the State of New York.

3. The address of the office that maintains my record as a member of the Bar of the State of New York is as follows:

   State of New York

        Supreme Court, Appellate Division

        Third Judicial Department

        Attorney Admissions

        P.O. Box 7350, Capitol Station

        Albany, New York 12224-0350

        (518) 471-4778

4. I am associated in this matter with Michael Potenza, Esq. of Debevoise, who is qualified to practice in this State and before this Court.

5. Debevoise is counsel to Defendant Colleen A. Goggins in this action, and has an attorney-client relationship with this Defendant. Colleen A. Goggins has requested that Debevoise represent her in connection with the above-captioned matter.

6. I understand that I will be bound by all of the Rules governing the United States District Court for the District of New Jersey, including its Disciplinary Rules. I also agree to be bound by the requirements set forth in the applicable provisions of Local Civil Rule 101.1.

7. On the basis of the foregoing, I respectfully request that I be admitted to this Court pro hac vice for the purpose of participating in this matter on behalf of Colleen A. Goggins.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2012.

_____
CARI A. WINT