RECEIVED
FEB 28 2012
AT 8:30 ___
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X
RONALD MONK, Individually and on Behalf  :
of All Others Similarly Situated,         :
                                          :   Civil Action No. 10-4841 (FLW)(DEA)
                    Plaintiff,            :
                                          :   **ORDER ADMITTING COUNSEL
     vs.                                  :   PRO HAC VICE ON BEHALF OF
                                          :   COLLEEN A. GOGGINS**
JOHNSON & JOHNSON, WILLIAM C.             :
WELDON, DOMINIC J. CARUSO, COLLEEN        :
A. GOGGINS, and PETER LUTHER,             :
                                          :
                    Defendants.           :
------------------------------------------------------------X

This matter, having been brought to the Court on the application of Defendant Colleen A. Goggins (through Debevoise & Plimpton LLP), for an order pursuant to L. Civ. R. 101.1(c) permitting Andrew J. Ceresney, Esq., Kristin D. Kiehn, Esq., Cari A. Wint, Esq., and Joseph W. Weissman, Esq. to be admitted pro hac vice for purposes of this action on behalf of Colleen A. Goggins; and the Court having considered the declarations submitted in support thereof; on notice to all counsel; and for good cause shown;

IT IS on this 28th day of February 2012;

ORDERED as follows:

1. The application to permit Andrew J. Ceresney, Esq., Kristin D. Kiehn, Esq., Cari A. Wint, Esq., and Joseph W. Weissman, Esq. to appear and participate pro hac vice on behalf of Colleen A. Goggins be and the same hereby is granted.

2.  All pleadings, briefs and other papers filed with the Court of behalf of Colleen A. Goggins shall be signed by Michael Potenza, who shall be responsible for said papers and for the conduct of the case and who shall be present before the Court, as well as be held responsible for the conduct of an attorney admitted pro hac vice on behalf of Colleen A. Goggins pursuant to the terms of this Order.

3.  Andrew J. Ceresney, Esq., Kristin D. Kiehn, Esq., Cari A. Wint, Esq., and Joseph W. Weissman, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with the New Jersey Court Rule 1:28-2 within twenty (20) days from the entry of this order.

4.  Andrew J. Ceresney, Esq., Kristin D. Kiehn, Esq., Cari A. Wint, Esq., and Joseph W. Weissman, Esq. shall make payment in the amount of $150 in accordance with L. Civ. R. 101.1(c)(3) within twenty (20) days from the entry of this order.

5.  Andrew J. Ceresney, Esq., Kristin D. Kiehn, Esq., Cari A. Wint, Esq., and Joseph W. Weissman, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 103.1 (Judicial Ethics and Professional Responsibility) and L. Civ. R. 104.1(Discipline of Attorneys).

6.  Andrew J. Ceresney, Esq., Kristin D. Kiehn, Esq., Cari A. Wint, Esq., and Joseph W. Weissman, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Rule 1:21-7.

_____
Hon. Freda L. Wolfson, U.S.D.J.

Douglas E. Arpert, U.S.M.J.

*Unopposed/consent*
*as per docket entry no. 49*

2