UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RONALD MONK, et al.,** | : Civil Action No. 10-4841 (FLW) |
| Plaintiffs, | : |
| v. | : **PRETRIAL SCHEDULING ORDER** |
| **JOHNSON & JOHNSON, et al.,** | : |
| Defendants. | : |

This matter having come before the Court during an initial scheduling conference on March 12, 2012 pursuant to FED. R. CIV. P. 16; and the Court having conferred with counsel concerning the timely completion of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 13th day of March 2012,

ORDERED THAT:

1. In accordance with FED. R. CIV. P. 26 (a)(1), each party will submit a letter, not later than **March 26, 2012**, to the undersigned certifying that initial disclosures have been made. This material should **not** be filed with the Clerk of the Court.

2. The Parties will complete all fact discovery, including depositions, in this case by **March 1, 2013**.

3. In accordance with FED. R. CIV. P. 30, the Parties shall be limited to **10** depositions, per side, except upon leave of the Court. In accordance with FED. R. CIV. P. 33, the Parties will be limited to **25** interrogatories (including all subparts), per party, except upon leave of the Court.

4. Any motion to amend the pleadings or join new parties whether by amended or third-party complaint must be filed by **December 31, 2012**.

5. Counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1(a)(1); *see also* L. CIV. R. 16.1(f). Any unresolved disputes must be brought to the Court's attention **immediately** by letter to the undersigned.

6. Plaintiffs shall serve copies of any expert disclosures and reports by **March 1, 2013**.

7. Defendants shall serve copies of any expert disclosures and reports by **April 8, 2013**.

8.  Any rebuttal expert reports shall be served by <u>April 29, 2013</u>.

9.  All expert discovery, including depositions, shall be completed by <u>June 14, 2013</u>.

10.  No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraphs.

11.  The Court will conduct telephone status conferences on <u>May 3, 2012</u> at <u>10:30 a.m.</u>, <u>July 2, 2012</u> at <u>11:00 a.m.</u>, <u>September 17, 2012</u> at <u>10:00 a.m.</u>, and <u>November 26, 2012</u> at <u>10:00 a.m</u>.  Plaintiffs' counsel will initiate these calls.

12.  Plaintiffs' class certification motion shall be filed by <u>July 1, 2013</u>.

13.  Any dispositive motions shall be filed by <u>July 1, 2013</u>.

14.  The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

15.  Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of Court, even with consent of all counsel.

16.  Counsel are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar.  This equipment includes an evidence presentation system, which consists of a document camera, digital projector, and screen.  The projector may be used to display images which originate from a variety of sources, including television, VCR, and personal computer.  The document camera may be used to display documents, photographs, charts, transparencies and small objects.  For further information, please contact the Courtroom Deputy Clerk, Charmaine Ellington at 609-989-2144.

17.  Counsel are invited to use the *George H. Barlow* Attorney Conference Room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copier, and *fax*.

        *s/ Douglas E. Arpert*
        **DOUGLAS E. ARPERT**
        **United States Magistrate Judge**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**