James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700

*Liaison Counsel for Lead Plaintiff
Sjunde AP-Fonden*

Gregory M. Castaldo
Matthew L. Mustokoff
Kimberly A. Justice
Meredith L. Lambert
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Lead Counsel for Lead Plaintiff
Sjunde AP-Fonden*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-4841(FLW)(DEA)<br><br><br><br>**ORDER** |

This matter having been opened to the court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Liaison Counsel for Lead Plaintiffs, and the Court having considered the moving papers, and counsel for defendants consenting hereto, and for good cause shown,

IT IS THIS day 11th of April, 2012,

ORDERED that Mark S. Danek of Kessler Topaz Meltzer & Check, LLP is hereby admitted *pro hac vice* on behalf of Plaintiff Lead Plaintiff Sjunde AP-Fonden in the above matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Mark S. Danek shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which he continues to appear *pro hac vice* in this matter, and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
DOUGLAS E. ARPERT, U.S.M.J.

— Unopposed/Consent