UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------- x
RONALD MONK, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO, COLLEEN A. GOGGINS, and PETER LUTHER,

          Defendants.
---------------------------------- x

Civil Action No. 10-4841 (FLW) (DEA)

**ECF CASE**

DECLARATION OF DAVID Z. PINSKY IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

DAVID Z. PINSKY hereby declares under penalty of perjury as follows:

1. I am an attorney licensed to practice in the State of New York and am associated with Covington & Burling LLP, counsel for Defendants in the above-captioned matter.

2. I am a member of good standing of the following bars:

| | |
|---|---|
| State of New York<br>25 Beaver Street - Room 840<br>New York, NY 10004 | April 11, 2006 |
| Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | October 10, 2006 |
| Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | October 10, 2006 |

3.  I have not been the subject of disciplinary action by any court or bar, nor are there any disciplinary actions pending against me.

4.  My colleague, Christina Olson, is admitted to the bar of the State of New Jersey, and is serving as counsel of record on this matter, as required by L. Civ. R. 101.1(c)(4).

5.  I further agree to (1) make a payment of $150 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3) within 20 days of the date of the executed order; (2) abide by all New Jersey court rules; (3) notify this Court immediately of any matter affecting my standing at the Bar of any other Court; and (d) have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

6.  I respectfully request to be permitted to appear as counsel *pro hac vice* in this case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2012.

David Z. Pinsky