James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

*Liaison Counsel for Lead Plaintiff
Sjunde AP-Fonden*

Gregory M. Castaldo
Matthew L. Mustokoff
Kimberly A. Justice
Meredith L. Lambert
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Lead Counsel for Lead Plaintiff
Sjunde AP-Fonden*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-4841(FLW)(DEA)<br><br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

     1.     An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

     2.     If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

                                    CARELLA, BYRNE, CECCHI,
                                    OLSTEIN, BRODY & AGNELLO
                                    Attorneys for Plaintiffs

                                    By:   /s/ Lindsey H. Taylor
                                                LINDSEY H. TAYLOR

Dated: May 2, 2012

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:        Mark S. Danek

Address:     KESSLER TOPAZ
                 MELTZER & CHECK, LLP
                 280 King of Prussia Road
                 Radnor, PA 19087

e-mail:       mdanek@ktmc.com