UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-04841(FLW)(DEA)<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Joshua E. D'Ancona, an attorney duly admitted to practice before this Court hereby appears as counsel on behalf of Lead Plaintiff Sjunde AP-Fonden, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

>Joshua E. D'Ancona, Esq.
>**KESSLER TOPAZ MELTZER & CHECK, LLP**
>280 King of Prussia Road
>Radnor, PA 19087
>Telephone: (610) 667-7706
>Facsimile: (610) 667-7056
>Email: jdancona@ktmc.com

Dated: May 7, 2012 **KESSLER TOPAZ MELTZER & CHECK, LLP**

By: /s/ Joshua E. D'Ancona
      Joshua E. D'Ancona

280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
jdancona@ktmc.com

*Lead Counsel for Lead Plaintiff*
*Sjunde AP-Fonden*