```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                   Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE DOUGLAS E. ARPERT, USMJ          Date: May 15, 2012

Court Reporter/ESR: Digitally Recorded

TITLE OF CASE:                         CIVIL 10-4841(FLW/DEA)

RONALD MONK

vs.

JOHNSON & JOHNSON, et al.

APPEARANCES:

Matthew Mustokoff, Esq., Lindsay Taylor, Esq., and Kimberly Justice, Esq., on behalf of Plaintiff.
Will Phillips, Esq., David Pinsky, Esq., and Brian Alexander, Esq., on behalf of Defendants.

NATURE OF PROCEEDINGS: Plaintiff's Informal Application to Compel Discovery - **GRANTED** in part and **DENIED** in part.

TIME COMMENCED: 11:18 PM            *s/Charmaine D. Ellington*
TIME ADJOURNED: 11:33 PM                  Deputy Clerk
TOTAL TIME: 15 minutes