# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 10-4841 (FLW) |
| vs. | **ORDER** |
| JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO, COLLEEN A. GOGGINS, and PETER LUTHER, | |
| Defendants. | |

This matter having been opened to the Court by way of motion of James Cecchi, Esq., counsel for Plaintiff, moving for reconsideration of this Court's Opinion and Order dated December 19, 2011 pursuant to Local Civil Rule 7.1(i); it appearing that the Court considered the parties' respective moving and opposition papers pursuant to Fed. R. Civ. P. 78; and for good cause shown:

It is on this 22nd day of May, 2012,

ORDERED that Plaintiff's motion for reconsideration (Docket Entry No. 35) is hereby DENIED.

    /s/  Freda L. Wolfson  
Hon. Freda L. Wolfson, U.S.D.J.