UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY



MONK v. JOHNSON & JOHNSON, et al              Civil 10-4841

                                              Order of Reassignment

It is on this 27th day of July, 2012

O R D E R E D that the entitled action is reassigned from

JUDGE FREDA L. WOLFSON TO JUDGE MICHAEL A. SHIPP.


                        S/Jerome B. Simandle
                    JEROME B. SIMANDLE, CHIEF JUDGE
                    UNITED STATES DISTRICT COURT