



**KESSLERTOPAZ**
**MELTZERCHECK** LLP
ATTORNEYS AT LAW

Writer's Direct Dial: (484) 270-1456
E-Mail: mmustokoff@ktmc.com

August 1, 2012

RECEIVED

AUG 0 1 2012

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

<u>VIA FACSIMILE</u>

The Honorable Douglas E. Arpert
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, NJ 08608

Re: *Monk v. Johnson & Johnson, et al.*, Civil Action No. 10-4841 (FLW) (DEA)

Dear Judge Arpert:

We represent the parties in the above-captioned action. At the direction of your law clerk, we write to inform you that the parties have reached an impasse regarding whether Defendants must search and review certain new document custodians' files for responsive documents. The parties would like to submit short letters regarding the issue pursuant to the following procedure: Plaintiffs shall file a letter of no more than four (4) pages by 5:00 p.m. on August 7, 2012; and Defendants shall file a reply of no more than four (4) pages by 5:00 p.m. on August 14, 2012. The parties are available for oral argument via telephone or in Court should the Court believe it would be helpful.

We respectfully ask that Your Honor inform us as to whether this procedure is permissible.

Respectfully submitted,

8/2/12
So Ordered
Arpert USMJ

Matthew L. Mustokoff,
Counsel for Plaintiff

David Z. Pinsky,
Counsel for Defendants

CC: Lindsey Taylor, Esq.
C. William Phillips, Esq.

280 King of Prussia Road, Radnor, Pennsylvania 19087 T. 610-667-7706 F. 610-667-7056 Info@ktmc.com
580 California Street, Suite 1750, San Francisco, California 94104 T. 415-400-3000 F. 415-400-3001 Info@ktmc.com
WWW.KTMC.COM