James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

*Liaison Counsel for Lead Plaintiff*
*Sjunde AP-Fonden*

Gregory M. Castaldo
Matthew L. Mustokoff
Kimberly A. Justice
Meredith L. Lambert
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Lead Counsel for Lead Plaintiff*
*Sjunde AP-Fonden*

RECEIVED

AUG 3 1 2012

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 10-4841(MAS)(DEA) |
| Plaintiff, | |
| vs. | **ORDER** |
| JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO and PETER LUTHER, | |
| Defendants. | |

THIS MATTER having been opened to the Court by counsel for Lead Plaintiff, in the

presence of counsel for Defendants, and the Court having read the parties' papers and good cause

appearing,

IT IS THIS _31st_ day of ~~September~~ *August*, 2012

ORDERED that Lead Plaintiffs' motion for leave to amend is hereby granted; and it is further

ORDERED that Lead Plaintiff shall file the Second Amended Complaint in the form annexed to its motion for leave to amend ~~within 5 days of the date hereof.~~ *by September 7, 2012*

_____

DOUGLAS E. ARPERT, U.S.M.J.

*— unopposed/consent*
*+ terminate def. entry no. 76*

2