James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

*Liaison Counsel for Lead Plaintiff
Sjunde AP-Fonden*

Gregory M. Castaldo
Matthew L. Mustokoff
Kimberly A. Justice
Meredith L. Lambert
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Lead Counsel for Lead Plaintiff
Sjunde AP-Fonden*

RECEIVED
AUG 3 1 2012
AT 8:30____
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-4841(MAS)(DEA)<br><br><br><br>**ORDER** |

THIS MATTER having been opened to the Court by counsel for Lead Plaintiff, in the presence of counsel for Defendants, and the Court having considered Plaintiff's submissions in support of its Motion to Seal, the nature of the materials at issue, the legitimate public and

private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS THIS 31st day of ~~September~~ August, 2012

ORDERED that the Brief and Exhibits to the Declaration of James E. Cecchi filed in support of Lead Plaintiffs' motion for leave to amend are hereby sealed.

_____
DOUGLAS E. ARPERT, U.S.M.J.

-unopposed/consent
+ femmate del. entgno. 78