## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO, COLLEEN A. GOGGINS, and PETER LUTHER,<br><br>       Defendants. | Civil Action No. 10-4841 (MAS) (DEA)<br><br>**ECF Case**<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT** |

Upon agreement of the parties, IT IS HEREBY ORDERED, on this 13th day of September 2012, that:

1. The time for defendants Johnson & Johnson, Dominic J. Caruso, and Colleen A. Goggins (collectively, "Defendants") to answer or otherwise respond to the Second Amended Complaint, dated September 7, 2012, is extended to and including September 27, 2012.

2. Plaintiff's opposition papers, if any, shall be served on Defendants' counsel by no later than October 25, 2012.

3. Defendants' reply papers, if any, shall be served on Plaintiff's counsel by no later than November 8, 2012.

                   _____
                   Hon. Douglas E. Arpert
                   U.S. Magistrate Judge

We hereby consent to the form
and entry of this Order

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | COVINGTON & BURLING LLP |
| By: /s/ Lindsey H. Taylor<br>Lindsey H. Taylor | By: /s/ David Z. Pinsky<br>David Z. Pinsky |
| James E. Cecchi<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | C. William Phillips<br>Christina Olson<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 841-1000 |
| *Liaison Counsel for Lead Plaintiff* | *Counsel for Defendants* |

KESSLER TOPAZ MELTZER & CHECK LLP

By: /s/ Kimberly A. Justice
     Kimberly A. Justice

Matthew L. Mustokoff
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Lead Counsel for Lead Plaintiff*