UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO, COLLEEN A. GOGGINS, and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-cv-04841(MAS)(DEA)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Peter C. Harvey, an attorney duly admitted to practice before this Court hereby appears as counsel on behalf of defendants Johnson & Johnson, Dominic J. Caruso, and Colleen A. Goggins in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

>Peter C. Harvey
>PATTERSON BELKNAP WEBB & TYLER LLP
>1133 Avenue of the Americas
>New York, New York 10036
>Tel.: (212) 336-2810
>Fax: (212) 336-1217
>email: pcharvey@pbwt.com

Dated: New York, New York
September 13, 2012

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
    Peter C. Harvey

1133 Avenue of the Americas
New York, New York 10036
Tel.: (212) 336-2810
Fax: (212) 336-1217
email: pcharvey@pbwt.com

*Attorneys for Johnson & Johnson, Dominic J. Caruso, and Colleen A. Goggins*

2