UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Civil No.  10-4841

RONALD MONK

vs.                                Order of Reassignment

JOHNSON & JOHNSON

It is on this 25th     day of September, 2012

O R D E R E D  that the entitled action is reassigned from

JUDGE MICHAEL A. SHIPP to JUDGE FREDA L. WOLFSON.

  S/Jerome B. Simandle
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT