UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
RONALD MONK, Individually and on Behalf of   :
All Others Similarly Situated,   :   Civil Action No. 10-4841 (FLW)
:   (DEA)
    Plaintiff,   :
:
vs.   :
:   NOTICE OF MOTION
JOHNSON & JOHNSON, WILLIAM C.   :
WELDON, DOMINIC J. CARUSO, COLLEEN   :
A. GOGGINS and PETER LUTHER,   :
:
    Defendants.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    PLEASE TAKE NOTICE that Defendants Johnson & Johnson, Dominic J. Caruso, and Colleen A. Goggins, upon the accompanying memorandum of law, dated September 27, 2012; the Declaration of C. William Phillips, executed September 27, 2012, and the exhibits thereto; and all prior pleadings and proceedings herein, hereby move this Court, before The Honorable Freda Wolfson, in the United States Courthouse for the District of New Jersey, Courtroom 5E, 402 East State Street, Trenton, New Jersey, as soon as counsel may be heard, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing, in part, this action with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         September 27, 2012

    Respectfully submitted,

/s/ Christina Olson
Christina Olson
C. William Phillips
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
cphillips@cov.com

/s/ Peter C. Harvey
Peter C. Harvey
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
pcharvey@pbwt.com

*Attorneys for Defendants*