UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------- x
:
RONALD MONK, Individually and on Behalf of :
All Others Similarly Situated, :
: Civil Action No. 10-4841 (FLW)
Plaintiff, : (DEA)
:
vs. :
:
: DECLARATION OF
JOHNSON & JOHNSON, WILLIAM C. : C. WILLIAM PHILLIPS
WELDON, DOMINIC J. CARUSO, COLLEEN :
A. GOGGINS and PETER LUTHER, :
:
Defendants. :
:
------------------------------------- x

C. WILLIAM PHILLIPS declares, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and a member of Covington and Burling LLP ("Covington"), counsel to Defendants in this action.

2. I make this declaration in order to place before the Court certain materials in support of Defendants' motion to dismiss the Second Amended Complaint.

3. The January 15, 2010 warning letter that the FDA addressed to William C. Weldon and Peter Luther is publicly available at:

http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2010/ucm197811.

htm and the January 8, 2010 Form 483 that the FDA issued McNeil detailing its inspection of the Las Piedras, Puerto Rico plant is publicly available at http://www.fda.gov/downloads/AboutFDA/CentersOffices/OfficeofGlobalRegulatoryOperationsandPolicy/ORA/ORAElectronicReadingRoom/UCM197539.pdf. The FDA posted the documents on their public websites on January 26, 2010 and February 10, 2010, respectively.

   4. I attach as **Exhibit A** a true and correct copy of the transcript of Johnson & Johnson's April 20, 2010 earnings conference call.

   5. I attach as **Exhibit B** a true and correct copy of the transcript of a May 11, 2010 conference call with Johnson & Johnson at the Bank of America Merrill Lynch Healthcare Conference.

   6. I attach as **Exhibit C** a true and correct copy of the transcript of the May 27, 2010 hearing before the House Oversight and Government Reform Committee.

   7. I attach as **Exhibit D** a true and correct copy of a April 19, 2010 email chain between Dominic Caruso, Colleen Goggins, Louise Mehrotra, Annie Lo, and other Johnson & Johnson employees.

8. I attach as **Exhibit E** a true and correct copy of a May 10, 2010 email chain between Dominic Caruso, John Mahony Louise Mehrotra, Annie Lo, and other Johnson & Johnson and McNeil employees.

9. I attach as **Exhibit F** a true and correct copy of Exhibit 99 from Johnson and Johnson's 2009 Form 10-K.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2012 in New York, New York.

_____
C. William Phillips