RECEIVED
OCT 24 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------- x
:
RONALD MONK, Individually and on Behalf of :
All Others Similarly Situated, :
: Civil Action No. 10-4841 (FLW)
Plaintiff, : (DEA)
:
vs. :
: ORDER
JOHNSON & JOHNSON, WILLIAM C. :
WELDON, DOMINIC J. CARUSO, COLLEEN :
A. GOGGINS and PETER LUTHER, :
:
Defendants. :
:
------------------------------------- x

THIS MATTER having been opened to the Court by counsel for Defendants, in the presence of counsel for Plaintiff, and the Court having considered Defendant's submissions in support its Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint and the Declaration of C. William Phillips and its attached exhibits, and good cause having been shown,

IT IS ON THIS  23rd  day of  October , 2012

ORDERED that the unredacted versions of Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint and the Declaration of C. William Phillips and its attached exhibits are hereby sealed.

Unopposed.

_____
HON. DOUGLAS ARPERT