

THE RESOLUTION EXPERTS

October 29, 2012

*By Facsimile*

The Honorable Freda L. Wolfson
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

RECEIVED
NOV - 5 2012
AT 8:30
WILLIAM T. WALSH, CLERK

Re: *Monk v. Johnson & Johnson et al.*, No. 10-4841(FLW) (DEA)

Dear Judge Wolfson:

I write on behalf of the parties in this action.

The parties have selected me to mediate their dispute through my offices at JAMS, in New York City. The date originally scheduled for the mediation was October 29, 2012. Both sides have devoted substantial time and resources to this process, including the submission of lengthy mediation briefs and exhibits.

Unfortunately, the mediation had to be re-scheduled because of the hurricane. We are now scheduled to resume the mediation on December 4, the earliest date when the parties and I could re-convene.

I believe that mediation will greatly assist the parties in their attempts to resolve this complex dispute. I understand that there are motions pending to dismiss the complaint, to stay discovery pending the motion to dismiss, and to compel discovery. The parties agree that it would be helpful if these motions could be held in abeyance until after the mediation is held on December 4.

I believe that maintaining the status quo in this lawsuit will assist my efforts to settle this dispute and ask that the Court stay its decision on these motions until after December 4, 2012. I am separately writing to Magistrate Judge Arpert to ask that he stay the decisions on the pending discovery motions.

Respectfully,

/s/ Daniel H. Weinstein

Hon. Daniel H. Weinstein (Ret.)

IT IS SO ORDERED:

/s/ Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.
11-5-12

cc: Counsel of Record (by e-mail)

TWO EMBARCADERO CENTER SUITE 1500 SAN FRANCISCO, CA 94111 TEL 415-982-5267 FAX 415-982-5287