RECEIVED
NOV -8 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MONK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, WILLIAM C. WELDON, DOMINIC J. CARUSO, COLLEEN A. GOGGINS, and PETER LUTHER,<br><br>Defendants. | Civil Action No. 10-4841 (FLW) (DEA)<br><br>ECF Case<br><br>**CONSENT ORDER EXTENDING TIME FOR SERVICE OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Upon agreement of the parties, IT IS HEREBY ORDERED, on this 8th day of November 2012, that the time for defendants Johnson & Johnson, Dominic J. Caruso, and Colleen A. Goggins (collectively, "Defendants") to serve their Reply in Support of Defendants' Motion to Dismiss the Second Amended Complaint is extended to and including November 12, 2012.

_____
Hon. Freda L. Wolfson
U.S. District Judge