UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------- x
RONALD MONK, Individually and on Behalf of :
All Others Similarly Situated, :
                           Plaintiff, : Civil Action No. 10-4841 (FLW)
vs. : (DEA)
     :
JOHNSON & JOHNSON, WILLIAM C. :
WELDON, DOMINIC J. CARUSO, COLLEEN : ORDER
A. GOGGINS and PETER LUTHER, :
                           Defendants. :
----------------------------------- x

     THIS MATTER having been opened to the Court by counsel for Defendants, in the presence of counsel for Plaintiff, and the Court having considered Defendants' submissions in support its Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint ("Reply Memorandum"), and good cause having been shown,

     IT IS ON THIS __4__ day of _December_, 2012, ORDERED that the unredacted version of Defendants' Reply Memorandum is hereby sealed.

                                                _____
                                                HON. DOUGLAS E. ARPERT

RECEIVED

DEC - 4 2012

AT 8:30_____M
WILLIAM T. WALSH CLERK