```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                  Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE DOUGLAS E. ARPERT, USMJ          Date: January 22, 2013

Court Reporter/ESR: Digitally Recorded

TITLE OF CASE:                         CIVIL 10-4841(FLW/DEA)

RONALD MONK

vs.

JOHNSON & JOHNSON, et al.

APPEARANCES:

Matthew Mustokoff, Esq., & Lindsay Taylor, Esq., on behalf of Plaintiff.
Will Phillips, Esq., Peter Harvey, Esq., Brian Alexander, Esq., & Norv McAndrews, Esq., on behalf of Defendants.

NATURE OF PROCEEDINGS: Hearing re: Defendant's Informal Application to Stay Discovery - **DECISION RESERVED.**

TIME COMMENCED: 11:09 AM            *s/Charmaine D. Ellington*
TIME ADJOURNED: 11:39 AM                   Deputy Clerk
TOTAL TIME: 30 minutes